UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| U.S. COLLECTIONS, INC., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Case No. 4:09CV2035 JCH |
| ) | |
| PRODUCTIVITY NETWORK ) | |
| INNOVATIONS, L.L.C., et al., ) | |
| ) | |
| Defendants. ) | |

## ORDER

On January 11, 2010, Defendants Productivity Network Innovations, L.L.C. and Thomas M. Westerkamp filed their Motion to Dismiss Counts II and III of Plaintiff's Complaint (Doc. No. 9). On February 15, 2010, Plaintiff filed a Motion for Leave to File Amended Complaint (Doc. No. 15). The Court grants Plaintiff's Motion and denies Defendants' Motion to Dismiss as moot.

Accordingly,

**IT IS HEREBY ORDERED** that Defendants Productivity Network Innovations, L.L.C. and Thomas M. Westerkamp's Motion to Dismiss Counts II and III of Plaintiff's Complaint (Doc. No. 9) is **DENIED**, without prejudice.

**IT IS HEREBY FURTHER ORDERED** that Plaintiff's Motion for Leave to File Amended Complaint (Doc. No. 15) is **GRANTED**.

Dated this 12th day of February, 2010.


/s/ Jean C. Hamilton

UNITED STATES DISTRICT JUDGE